**2010–0103. Springer v. State.**
Hamilton App. No. C–081305. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, IV,

VI, VII, and VIII; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., also voted to accept the appeal on Proposition of Law No. V.

Motion for stay of jurisdictional consideration denied as moot.